UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STONINGTON INSURANCE COMPANY

    Plaintiff,

vs.

CASE NO.: 8:10 CV 1005 T30-TGW

BIG D DELI, INC. d/b/a 7 STARS CONVENIENCE STORE; ELIZABETH LOUISE CLARK, as Plenary Guardian of the person and property of ROBERT T. CLARK III, and for minor, C.C.        /

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT [D.E. 12]

**THIS CAUSE,** having come before the Court on Plaintiff, Stonington Insurance Company's, Motion for Partial Summary Judgment [D.E. 12], the Court having received no opposition from Defendant Elizabeth Louise Clark, and Defendant Big D Deli, Inc. having no objection to the specific relief granted [D.E. 15], the Court finds as follows:

Stonington's insurance policy, as issued, does not provide liquor liability coverage. This partial summary judgment does not resolve the issues raised by Defendants in their Affirmative Defenses or Counter-Claims.

Accordingly, it is **ORDERED AND ADJUDGED** that Stonington's Motion for Partial Summary Judgment is **GRANTED.**

**DONE AND ORDERED** in Chambers this 16 day of February, 2011.

                                                  JAMES S. MOODY, JR
                                                UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel/Parties of Record